# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

154360(69)

MICHAEL MARTIN,
        Plaintiff-Appellee,

v

                                        SC: 154360
                                        COA: 328240

MILHAM MEADOWS I LIMITED
PARTNERSHIP and MEDALLION
MANAGEMENT, INC.,
        Defendants-Appellants.
_____/

        Kalamazoo CC: 2013-000485-NO

        On order of the Chief Justice, the motion of plaintiff-appellee to adjourn oral arguments that are scheduled for December 6, 2017, is GRANTED. The case shall be scheduled for argument at a future session of the Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        November 16, 2017



                                      Clerk